UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| THURSTON M. BOLTON, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>)<br>WILLIAM R. BYARS, DIRECTOR, )<br>SOUTH CAROLINA DEPARTMENT OF )<br>CORRECTIONS )<br>J. BRYANT DIEHL, CHIEF CANTEEN )<br>BRANCH, SOUTH CAROLINA )<br>DEPARTMENT OF CORRECTIONS, )<br>INDIVIDUALLY AND IN THEIR )<br>OFFICIAL CAPACITIES, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 4:13-cv-0607-RMG-TER<br><br><br><br>**ORDER** |

Presently before the court is Plaintiff's Motion to Compel Discovery. (Doc. #37). In this Motion, Plaintiff requests an order compelling Defendants to submit additional responses and/or respond more fully to certain Interrogatories and Request to Produce. Defendants filed a response in opposition and Plaintiff filed a reply. (Docs. #45 and #48).

Plaintiff has not complied with Local Civil Rules 37.01(B), D.S.C. when he did not attach the relevant discovery requests and responses to his motion as supporting documentation. Therefore, the motion is DENIED.

**IT IS SO ORDERED**.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

October 21, 2013
Florence, South Carolina